Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 19–30019–ABA
           Chapter: 13
           Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shachara Adams
   196 Queen Anne Drive
   Williamstown, NJ 08094–0000

Social Security No.:
   xxx–xx–6638

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/9/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 9, 2020
JAN: bc

                                                                                    Jeanne Naughton
                                                                                     Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 19-30019-ABA
Shachara Adams                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                Page 1 of 1          Date Rcvd: Mar 09, 2020
                               Form ID: 148               Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             +Shachara Adams,    196 Queen Anne Drive,    Williamstown, NJ 08094-2980
cr             +First Guaranty Mortgage Corporation c/o Rushmore L,    P.O. Box 55004,    Irvine, CA 92619-5004
518578554      +First Guaranty Mortgage Corporation,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
518526558      +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
518578553       PLUESE, BECKER & SALTZMAN, LLC,    20000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4318
518673433     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518526559       Santander Consumer USA,    PO Box 961245,    Terrell, TX 75161
518526560      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518602139      +EDI: AIS.COM Mar 10 2020 03:43:00      Directv, LLC,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518526556       EDI: IRS.COM Mar 10 2020 03:33:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518543353       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 00:30:49      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518687966       EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518526557    ##+First Guaranty Mortgage Company,    1900 Gallows Road, Ste 800,    Tysons Corner, VA 22182-4098
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    First Guaranty Mortgage Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Mark K. Smith    on behalf of Debtor Shachara  Adams markksmithlaw@aol.com, Romasmith@aol.com
              Robert P. Saltzman    on behalf of Creditor    First Guaranty Mortgage Corporation c/o Rushmore
               Loan Management Services dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```