UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon, Esquire
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
First Guaranty Mortgage Corporation

In Re:
    Shachara Adams    Debtor
    Karlyle Adams    Co-Debtor

**Order Filed on October 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: <u>19-30019 ABA</u>

Chapter: <u>13</u>

Hearing Date: <u>10/06/2020</u>
Judge: Andrew B. Altenburg Jr.

# ORDER VACATING STAY
# AND CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 6, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

[Type text]

Upon the motion of <u>First Guaranty Mortgage Corporation</u>, under Bankruptcy Code Sections 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■  Real Property More Fully Described as:

   **Land and premises commonly known as, 196 Queen Anne Dr., Williamstown NJ 08094**

☐  Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor Stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Shachara Adams  
    Debtor(s)

Case No. 19-30019-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Oct 06, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

**Recip ID**      **Recipient Name and Address**  
db      + Shachara Adams, 196 Queen Anne Drive, Williamstown, NJ 08094-2980

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon  
    on behalf of Creditor First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa  
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa  
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Mark K. Smith  
    on behalf of Debtor Shachara Adams markksmithlaw@aol.com Romasmith@aol.com

Robert P. Saltzman  
    on behalf of Creditor First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services dnj@pbslaw.org

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Oct 06, 2020 Form ID: pdf903 Total Noticed: 1
TOTAL: 6