Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−30019−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shachara Adams
   196 Queen Anne Drive
   Williamstown, NJ 08094−0000

Social Security No.:
   xxx−xx−6638

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/15/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 15, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Shachara Adams  
    Debtor(s)

Case No. 19-30019-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2  
Date Rcvd: Oct 15, 2020    Form ID: 148    Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shachara Adams, 196 Queen Anne Drive, Williamstown, NJ 08094-2980 |
| cr | + | First Guaranty Mortgage Corporation c/o Rushmore L, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518578554 | + | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518526558 | + | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 518578553 | | PLUESE, BECKER & SALTZMAN, LLC, 20000 Horizon Way, Suite 900, Mt. Laurel, NJ 08054-4318 |
| 518910843 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518673433 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518526559 | | Santander Consumer USA, PO Box 961245, Terrell, TX 75161 |
| 518526560 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 15 2020 21:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 15 2020 21:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518602139 | + | EDI: AIS.COM | Oct 16 2020 01:18:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518526556 | | EDI: IRS.COM | Oct 16 2020 01:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518889916 | | EDI: JEFFERSONCAP.COM | Oct 16 2020 01:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518543353 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2020 22:18:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518687966 | | EDI: PRA.COM | Oct 16 2020 01:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

Case 19-30019-ABA    Doc 45    Filed 10/17/20    Entered 10/18/20 00:34:06    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 15, 2020 | Form ID: 148 | Total Noticed: 16 |

518526557        ##+         First Guaranty Mortgage Company, 1900 Gallows Road, Ste 800, Tysons Corner, VA 22182-4098

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2020                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor First Guaranty Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Mark K. Smith | on behalf of Debtor Shachara Adams markksmithlaw@aol.com  Romasmith@aol.com |
| Robert P. Saltzman | on behalf of Creditor First Guaranty Mortgage Corporation c/o Rushmore Loan Management Services dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6